**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CARL T. SWOPE**, Pro-Se, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:26-cv-01414 |
| **MAC PROPERTY**, | ) | State Court Case No.: 2622-CC13101 |
| **PARC FRONTENAC APARTMENTS**, | ) | |
| and | ) | |
| **DONNA PORTER**, | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants **Mac Property Management, LLC**, improperly named as Mac Property; **Glenbrook-Frontenac Parc LLC**, improperly named as Parc Frontenac Apartments; and **Donna Porter** ("Defendants") timely file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, removing this action from the Circuit Court of St. Louis City, Missouri, to the United States District Court for the Eastern District of Missouri, and in support of this Notice, states as follows:

1. On July 17, 2026, Plaintiff Carl T. Swope ("Plaintiff") filed a Petition against Defendants (the "Petition") in the Circuit Court of St. Louis City, Missouri, Case No. 2622-CC13101, (the "State Court Action").

2. The Petition contains claims alleging violations of the Fair Housing Act, 42 U.S.C. § 3604 (the "FHA"), the Missouri Human Rights Act, RSMo. § 213.040 (the

"MHRA"), and the Americans with Disabilities Act, 42 U.S.C. § 12182 (the "ADA") relating to parking facilities at the Parc Frontenac Apartments. The Petition also includes a claim for negligence against Defendants.

3. Plaintiff alleges the same conduct as a basis for his federal and state law claims. In fact, he relies on the same set of alleged facts to support his claims for violation of the FHA and violation of the MHRA. *See* Petition, Count I.

4. Plaintiff also relies on the same factual allegations underlying his FHA and ADA claims to assert a negligence claim, alleging that Defendants negligently "authoriz[ed] violations, fail[ed] to take effective corrective action, and utilize[ed] intentionally delayed out-of-state towing services to remove unauthorized vehicles from designated handicapped parking spaces." Petition, at ¶ 23. In both the ADA and negligence counts, Plaintiff alleges Defendants failed to maintain accessible conditions with respect to the parking facilities. Petition, at ¶¶ 18, 20.

5. Plaintiff served Defendants with the summonses in the State Court Action on August 4, 2026.

6. Accordingly, Defendants timely file this Notice within the 30-day limit established by 28 U.S.C. § 1446(b)(1). *See, e.g., Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 355 (1999) (noting that the removal time frame is triggered by receipt of formal service, not receipt of complaint.).

7. The United States District Court for the Eastern District of Missouri has original jurisdiction over this matter under 28 U.S.C. § 1331 because the claims alleging a

violation of the FHA and ADA implicates this Court's federal question jurisdiction. *See* Petition, at ¶¶ 13, 17, 18.

8. Removal to the United States District Court for the Eastern District of Missouri is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States have original jurisdiction is removable to the district of the United States District Court embracing the place where such action is pending.

9. The Court has supplemental jurisdiction over Plaintiff's claims arising under Missouri law because these claims are so related to his FHA and ADA claims that they form part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. § 1367(a).

10. Plaintiff's state law claims for negligence and violation of the Missouri Human Rights Act arise out of the same factual allegations as his FHA and ADA claims. Therefore, Plaintiff's state law claims form part of the same case or controversy. Thus, the Court has supplemental jurisdiction over Plaintiff's state law causes of action under 28 U.S.C. § 1367(a), and those claims are likewise removable.

11. Venue is proper in the Eastern Division of this Court because this action is being removed from the Circuit Court for St. Louis City, Missouri, and the acts complained of in Plaintiff's Petition are alleged to have occurred at the Parc Frontenac Apartments located in St. Louis City, Missouri. Petition, at ¶¶ 2-4.

12. All Defendants who have been properly joined and served in the state court action consent to and join in this removal, in satisfaction of the unanimity requirement of 28 U.S.C. § 1446(b)(2)(A). The signature of counsel for Defendants below constitutes each Defendant's consent to removal.

13. Pursuant to 28 U.S.C. § 1446(a), Defendants attach to this Notice a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action. *See* **Exhibit A**, attached hereto.

14. There are no pending motions in the State Court Action.

15. In light of the foregoing, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

16. Defendants have filed a Notice of Filing Notice of Removal with the State Court and, upon filing this Notice, shall promptly provide written notice of its Notice of Removal to all parties in the State Court Action.

WHEREFORE, Defendants Mac Property Management, LLC, improperly named as Mac Property; Glenbrook-Frontenac Parc LLC, improperly named as Parc Frontenac Apartments; and Donna Porter, pray that this civil action be removed from the Circuit Court of St. Louis City, Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division, and request that this Court retain jurisdiction over this matter for all further proceedings.

Respectfully submitted,

SPENCER FANE LLP

By: */s/ Catherine L. Schwarze*
Timothy J. Ahrenhoersterbaeumer #55136MO
Catherine L. Schwarze #71161MO
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Telephone: 314-863-7733
Facsimile: 314-862-4656
tahrenhoersterbaeumer@spencerfane.com
cschwarze@spencerfane.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served on the following via electronic mail:

Carl T. Swope
40 N. Kingshighway Blvd., Apt 1M
Saint Louis, MO 63108
Carlswope38@gmail.com

*/s/ Catherine L. Schwarze*