**EXHIBIT A**

The information available on Case.net is provided as a service and is not considered an official court record.


Case.net:2622-CC13101 - CARL T SWOPE V MAC PROPERTY ET AL (E-CASE) - Docket Entries

**| Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**07/17/2026**

**Pet Filed in Circuit Ct**

**07/20/2026**

**Judge Assigned**

**07/22/2026**

**Confid Filing Info Sheet Filed**

**Correspondence Filed**

A LETTER MAILED TO PLAINTIFF WITH 2 COPIES OF SUMMONS AND A COPY OF PETITION TO SEND TO SAINT LOUIS CITY, MO SHERIFF'S DEPARTMENT FOR SERVICE ON DEFENDANTS

**Summons Issued-Circuit**

Document ID: 26-SMCC-7685, for MAC PROPERTY

**Summons Issued-Circuit**

Document ID: 26-SMCC-7686, for PORTER , DONNA

**Summons Issued-Circuit**

Document ID: 26-SMCC-7687, for PARC FRONTENAC APARTMENTS

**08/04/2026**

**Notice of Service**

26-SMCC-7686.

**Notice of Service**

26-SMCC-7685.

**Notice of Service**

26-SMCC-7687.

**Agent Served**

Document ID - 26-SMCC-7685; Served To - MAC PROPERTY; Served Date - 08/04/2026; Served Time - 13:53:14; Service Type - SD; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 26-SMCC-7686; Served To - DONNA PORTER ; Served Date - 08/04/2026; Served Time - 13:54:27; Service Type - SD; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 26-SMCC-7687; Served To - PARC FRONTENAC APARTMENTS; Served Date - 08/04/2026; Served Time - 13:55:45; Service Type - SD; Reason Description - SERV; Service Text -

**09/01/2026**

**Judge Assigned**

**Filed By:** THOMAS A MCCARTHY

**Ord Transfer P/Judge for Assn**

Cause assigned to Division # 17 for all further proceedings and trial. see court order So Ordered: Christopher E. McGraugh, Presiding Judge re: Equity Issues

**MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT**

2026 JUL 17 AM 11: 10

| | |
|---|---|
| CARL T. SWOPE, Pro-Se,<br><br>40 N. Kingshighway Blvd. APT 1M<br>Saint Louis, MO 63108<br><br>Plaintiff,<br><br>v.<br><br>MAC PROPERTY,<br>PARC FRONTENAC APARTMENTS, and<br>DONNA PORTER,<br><br>40 N. Kingshighway<br>Saint Louis, MO 63108<br><br>Defendants. | Case No: 2622-CC13101<br><br>**JURY TRIAL DEMANDED** |

**PETITION FOR INJUNCTIVE RELIEF, DAMAGES, AND CIVIL PENALTIES**

COMES NOW Plaintiff, Carl T. Swope, appearing *pro se*, and for his causes of action against Defendants MAC Property, Parc Frontenac Apartments, and Donna Porter, states to this Honorable Court as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Carl T. Swope is an individual, a resident of the City of St. Louis, State of Missouri, and a tenant at Parc Frontenac Apartments. Plaintiff is a "person with a disability" as defined under federal and state law and is legally entitled to utilize designated accessible parking accommodations. Plaintiff's vehicle displays a valid Missouri disabled person placard (DMV Placard No. P215961).

2. Defendant Parc Frontenac Apartments is a residential apartment complex located at 40 N. Kingshighway Blvd., Saint Louis, MO 63108, managed, operated, and owned by Defendant MAC Property (collectively referred to herein as "Corporate Defendants").

3. Defendant Donna Porter is an individual employed as the Residential Service Manager for the Corporate Defendants at the subject property, and was at all times relevant acting within the scope of her employment and responsible for the operational management, maintenance, and rule enforcement of the property's parking facilities.

4. Jurisdiction is proper in this Court pursuant to Article V, Section 14 of the Missouri Constitution and § 508.010, RSMo, because the acts, omissions, and civil rights violations giving rise to this action occurred entirely within the City of St. Louis, Missouri, and the amount in controversy exceeds the jurisdictional thresholds of this Court.

5. Venue is proper in the Circuit Court of the City of St. Louis pursuant to § 508.010, RSMo, because the subject residential property is situated within this judicial circuit and the regular transactions of Defendants' business occur herein.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

6. Plaintiff is an individual with a permanent physical disability that substantially limits one or more major life activities, including walking and mobility, necessitating the reliable use of designated accessible/handicap parking spaces to safely enter and exit his vehicle and access his residence.

7. Plaintiff resides at Parc Frontenac Apartments, which maintains designated, marked handicap-only parking spaces reserved strictly for vehicles displaying valid disabled plates or placards pursuant to municipal ordinances and § 301.143, RSMo.

8. On multiple, continuous occasions beginning on or about March 2026 through July 2026, unauthorized, non-disabled drivers regularly parked vehicles in the designated handicap-only spaces at the subject property, completely blocking access for disabled residents.

9. Plaintiff repeatedly notified Defendant Donna Porter, Corporate Defendants' management staff, and administrative representatives, both via written email correspondence and in-person verbal complaints, detailing specific instances of unauthorized parking, providing photographic evidence, and requesting reasonable enforcement measures as documented by the following interactions:

    - **April 10, 2026:** Plaintiff initiated formal notice regarding the systemic parking issues by emailing property representative Ms. Margaret Lee. Plaintiff explicitly detailed that unauthorized, non-disabled drivers were continuously utilizing the designated accessible spaces and requested management intervention. Ms. Lee indicated the issue would be reviewed, but no corrective action followed.

    - **On April 10, 2026:** Following a lack of resolution, Plaintiff emailed Defendant Donna Porter to formally report on the ongoing illegal use of the designated accessible spaces. In response, Defendant Porter acknowledged the issue but proposed that Plaintiff park in "space C039," a covered outdoor space, rather than proposing an enforcement policy to keep the actual handicap spaces clear. Plaintiff responded the same day, declining the alternative space due to mobility issues with his back, legs, and a cardiac condition requiring a pacemaker, noting

that he required parking close to his unit. Plaintiff sent multiple photographs documenting unauthorized vehicles.

- **On April 14, 2026:** Plaintiff emailed Defendant Donna Porter to report an illegally parked vehicle bearing a "MAC" resident sticker. Defendant Porter responded via email stating she would "send this to the front desk to sticker" if the car was still present, representing a failure to pursue meaningful enforcement or towing measures.

- **On May 8, 2026, and May 11, 2026:** Plaintiff emailed Defendant Donna Porter with photographic evidence of multiple unauthorized vehicles parked in the handicap zones during lunch hours. Defendant Porter replied by shifting the operational burden onto Plaintiff, asking if he was personally "informing the front desk" to sticker the cars.

- **On June 10, 2026:** Following the filing of a formal discrimination complaint by Plaintiff with the Department of Housing and Urban Development (HUD), Plaintiff reached out to Defendant Porter noting a temporary improvement in enforcement and requesting explicit written assurance that regular enforcement would continue so that Plaintiff could safely withdraw the HUD action.

- **On July 15, 2026:** Despite previous assurances of compliance that induced Plaintiff to conditionally resolve his HUD complaint, the systemic violations recurred heavily. Plaintiff emailed Defendant Porter to report that multiple unauthorized vehicles were blocking the spaces, preventing him from parking upon returning home.

- **On July 15, 2026:** In his July 15 correspondence, Plaintiff informed Defendant Porter that two of the violating drivers explicitly claimed they had been given express authorization by building management to park illegally in the handicap spaces. Furthermore, front desk staff indicated a tow truck had been summoned from the state of Illinois to service a property located in St. Louis, Missouri, creating severe, unreasonable delays in removing the illegally parked vehicles.

10. Despite possessing direct, explicit, and continuous written knowledge of these systemic violations over a six-month period, receiving formal requests for accommodation, and facing federal regulatory scrutiny, Defendants have actively or permissively allowed the subversion of designated handicap spaces—even allegedly authorizing non-disabled individuals to use them—and have failed to employ prompt, reasonable, local enforcement or towing remedies.

**11.** As a direct and proximate result of Defendants' ongoing failure to maintain accessible facilities and provide reasonable accommodations, Plaintiff has repeatedly been forced to

park in distant, non-designated spaces, enduring substantial physical difficulty, increased safety risks, physical fatigue, and severe emotional distress.

## COUNTS OF ACTION

**COUNT I — Violation of the Fair Housing Act (42 U.S.C. § 3604(f)) & The Missouri Human Rights Act (§ 213.040, RSMo)**

12. Plaintiff realleges and incorporates paragraphs 1 through 11 as if fully set forth herein.

13. Pursuant to 42 U.S.C. § 3604(f)(3)(B) and § 213.040.2(2), RSMo, discrimination includes a refusal to make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford a person with a disability an equal opportunity to use and enjoy a dwelling.

14. Defendants' systematic failure to enforce accessible parking rules, their bad-faith failure to maintain assurances previously given to resolve regulatory complaints, and their alleged active authorization of unauthorized vehicles to occupy handicap spaces constitutes a refusal to provide a necessary reasonable operational accommodation, effectively discriminating against Plaintiff in the terms, conditions, or privileges of his rental housing.

15. As a direct result of Defendants' discriminatory housing practices, Plaintiff has suffered loss of use, physical hardship, and emotional distress.

**COUNT II — Violation of the Americans with Disabilities Act (Title III — 42 U.S.C. § 12182)**

16. Plaintiff realleges and incorporates paragraphs 1 through 11 as if fully set forth herein.

17. To the extent that the parking facilities at the subject property serve the leasing offices, public walkways, or common commercial spaces open to the general public, they constitute a place of public accommodation under Title III of the ADA.

18. Defendants have violated 42 U.S.C. § 12182 by failing to remove operational and architectural barriers where such removal is readily achievable, and by failing to maintain the accessible features of facilities required to be readily accessible to and usable by individuals with disabilities.

**COUNT III — Negligence**

19. Plaintiff realleges and incorporates paragraphs 1 through 11 as if fully set forth herein.

20. Defendants, as landlords and property managers, owe a lawful duty of care to their tenants to maintain the common areas of the premises, including parking lots, in a reasonably safe and accessible condition, a duty further informed by the public safety standards set forth in § 301.143, RSMo regarding disabled parking zones.

21. Defendants breached this duty by actively authorizing violations, failing to take effective corrective action, and utilizing intentionally delayed out-of-state towing services to clear unauthorized vehicles from designated handicap spaces after receiving explicit notice of the ongoing hazards.

22. Defendants' breach was the direct and proximate cause of Plaintiff's injuries, including heightened risk of physical injury, severe physical strain, and emotional distress.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, granting the following relief:

A. A Declaratory Judgment stating that Defendants' failure to maintain and enforce the designated handicap parking spaces violates the Fair Housing Act, the Missouri Human Rights Act, and the laws of the State of Missouri;

B. A Permanent Injunction ordering Defendants to immediately implement and actively enforce robust parking management policies, including the prominent posting of tow-away warning signs and the timely towing of unauthorized vehicles pursuant to Missouri law;

C. Award Compensatory Damages in an amount to be determined at trial to compensate Plaintiff for his physical hardship and emotional distress;

D. Award civil penalties and statutory damages as permitted under the Missouri Human Rights Act;

E. Award Plaintiff his court costs and filing fees incurred in bringing this action; and

F. Grant such other and further relief as this Court deems just, equitable, and proper under the circumstances.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Dated: July 17, 2026

Respectfully submitted,

[signature] pro-se

Carl T. Swope, *Plaintiff Pro-Se*
40 N. Kingshighway Blvd., Apt. 1M
Saint Louis, MO 63108
Email: carlswope38@gmail.com
Phone: 314-348-2710

Sworn to and subscribed before me this 17TH date of July, 2026.

Witness my hand and official seal.

Notary Public [signature]

BARBARA B. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2028
Commission Number: 20606492

Gmail

Carl Swope <carlswope38@gmail.com>

2026 JUL 17 AM 11: 10
CASHIER

## Request for Enforcement of Handicap Parking Regulations

4 messages

**Carl Swope** <carlswope38@gmail.com>
To: Margaret Lee <mlee@macapartments.com>

Fri, Apr 10, 2026 at 2:24 PM

Greetings:

I am writing to formally request an investigation into the frequent misuse of designated handicap parking spaces at Parc Frontenac. As an individual with a permanent medical disability, I possess authorization for handicap parking, which is essential for my mobility and access to the building.

Unfortunately, I have observed that these designated handicap spots are often occupied by individuals who do not possess the necessary handicap placards, including residents, employees, and visitors. This not only infringes upon my rights but also constitutes a violation of the Americans with Disabilities Act (ADA), which mandates that accessible parking spaces be reserved exclusively for individuals with disabilities.

Moreover, this situation contravenes relevant St. Louis city ordinances regarding handicap parking. It is imperative that management takes immediate action to ensure compliance with these regulations. I respectfully urge you to implement measures that enforce the proper use of handicap parking spaces. This may include notifying local authorities to issue citations or arrange for the towing of vehicles parked in these designated spots without appropriate authorization.

Ensuring that only authorized vehicles with handicap placards utilize these spaces is crucial for maintaining accessibility and supporting the rights of individuals with disabilities. I appreciate your prompt attention to this matter and look forward to your response.

Sincerely,

Carl Swope
314-348-2710

---

**Margaret Lee** <mlee@macapartments.com>
To: Carl Swope <carlswope38@gmail.com>

Fri, Apr 10, 2026 at 2:57 PM

Hi Carl,

I am sorry I missed your call. I've been out on tours for most of the day. I am forwarding your email to the Resident Services Manager, Donna. Hopefully, she and our Regional Manager are able to address this issue for you.

Best,

**Margaret Lee**
Leasing Consultant
(she/her/hers)

Mac Properties
**macapartments.com**
p 314 886-7848

---

**From:** Carl Swope <carlswope38@gmail.com>
**Sent:** Friday, April 10, 2026 2:24 PM
**To:** Margaret Lee <mlee@macapartments.com>
**Subject:** [EXTERNAL] Request for Enforcement of Handicap Parking Regulations

[Quoted text hidden]

---

**Carl Swope** <carlswope38@gmail.com> Fri, Apr 10, 2026 at 3:06 PM
To: Margaret Lee <mlee@macapartments.com>

Margaret, thank you for your prompt response. I have also taken the liberty to message yo corporate compliance Director as well.

Sent from Gmail Mobile
[Quoted text hidden]

---

**Margaret Lee** <mlee@macapartments.com> Fri, Apr 10, 2026 at 3:07 PM
To: Carl Swope <carlswope38@gmail.com>

Sounds good. Hopefully we can get this resolved.

Margaret Lee
Leasing Consultant
(she/her/hers)

Mac Properties
**macapartments.com**
p 314 886-7848

---

**From:** Carl Swope <carlswope38@gmail.com>
**Sent:** Friday, April 10, 2026 3:06 PM
**To:** Margaret Lee <mlee@macapartments.com>
**Subject:** Re: [EXTERNAL] Request for Enforcement of Handicap Parking Regulations

[Quoted text hidden]

Gmail

Carl Swope <carlswope38@gmail.com>

## accessible parking

6 messages

**Donna Porter** <dporter@macapartments.com> Fri, Apr 10, 2026 at 3:19 PM
To: "carlswope38@gmail.com" <carlswope38@gmail.com>

Dear Mr. Swope

Thank you for bringing your concerns regarding the use of designated accessible (handicap) parking spaces at Parc Frontenac to our attention. We take matters of accessibility and compliance with all applicable ADA requirements very seriously.

We understand the importance of ensuring that these spaces remain available for residents and guests who possess valid, state-issued handicap placards or license plates. We also recognize the impact that unauthorized use of these spaces can have on individuals who rely on them for daily access and mobility.

Please be assured that we will review this matter promptly and take appropriate steps to address it. This may include increased monitoring of the parking areas, issuing notices to residents and guests regarding proper use of accessible parking, and coordinating enforcement measures when necessary, which may involve towing or citation in accordance with property policy and local regulations.

We appreciate you taking the time to report this issue, as it helps us maintain a respectful and accessible community for all residents. If you observe specific incidents in the future, please feel free to notify the front desk or resident services office directly so we can address them in real time.

Thank you again for your communication and for your cooperation.

*Kind Regards,*

**Donna Porter**
Stl Resident Services Manager
Mac Properties
macapartments.com
p 314.907.2855
Mac Community App In App Store

**Carl Swope** <carlswope38@gmail.com> Fri, Apr 10, 2026 at 4:36 PM
To: Donna Porter <dporter@macapartments.com>

Dear Ms. Porter,

Thank you for your prompt and thoughtful response regarding the ongoing issues with designated handicap parking spaces at Parc Frontenac. I appreciate your commitment to maintaining accessibility for residents and guests who rely on these spaces and have appropriate medical authorization to use them.

I would like to bring to your attention that I have several photographs documenting various vehicles parked in handicap spaces without valid permits on different days and times. If you would like to review these photographs, please let me know, and I would be more than happy to provide them to you.

I sincerely hope for a prompt resolution to this ongoing issue, as it is crucial for me to park in close proximity to my unit due to my medical situation. I was informed by the leasing staff that I would have access to these spaces, so I appreciate your support in ensuring that this promise is upheld.

Thank you again for your attention to this matter. I look forward to your response.

Sincerely,

[Quoted text hidden]

--



Carl T. Swope, (he/him)

MS, CRADC, SQI, MPS, CRPR, HRS, MARS, MRSS

PO BOX 56539 Saint Louis, MO 63156

**Mobile:** 314-348-2710

This is Safe Space

Why do I share my pronouns? Click here)

Mental Health
FIRST AIDER

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**Donna Porter** <dporter@macapartments.com> Fri, Apr 10, 2026 at 4:54 PM
To: Carl Swope <carlswope38@gmail.com>

I appreciate your assistance. I have sent emails to the entire staff and front desk asking them to monitor the area. They will happily let me know if anyone parks in the spaces moving forward. We have a space,

space c039 covered parking that would be available for you. This is a space under the covered outside parking area. Would this space be to inconvenient? Please view the space and let me know. You would be able to park there no later than starting Monday.

*Kind Regards,*

**Donna Porter**
Stl Resident Services Manager
Mac Properties
macapartments.com
p SİC 314.907.2855
Mac Community App In App Store

---

**From:** Carl Swope <carlswope38@gmail.com>
**Sent:** Friday, April 10, 2026 4:36 PM
**To:** Donna Porter <dporter@macapartments.com>
**Subject:** Re: accessible parking

[Quoted text hidden]

---

**Carl Swope** <carlswope38@gmail.com> Fri, Apr 10, 2026 at 5:03 PM
To: Donna Porter <dporter@macapartments.com>

Thank you for your response and for taking the time to monitor the parking situation. I appreciate the offer of space C039 under the covered area; however, I would prefer to continue using the handicap space closest to my unit. Due to medical issues with my back and legs, I often experience mobility challenges that make it difficult for me to walk long distances. Additionally, I have a cardiac condition and a pacemaker, which further necessitates my access to the designated handicap parking.

While I understand that monitoring parking can be challenging, I believe that implementing measures such as ticketing or towing unauthorized vehicles would quickly discourage misuse of the handicap spaces. This has been a persistent issue, and just because it has gone on for some time doesn't mean it should be tolerated. The handicap spaces are designated for individuals with appropriate medical needs, and those without proper authorization should not be using them.

Thank you for your understanding, and I look forward to your support in resolving this matter.

Carl Swope
[Quoted text hidden]

---

**Carl Swope** <carlswope38@gmail.com> Fri, Apr 10, 2026 at 5:05 PM
To: Donna Porter <dporter@macapartments.com>

Here are just a few photos.

Sent from Gmail Mobile
[Quoted text hidden]

---

**5 attachments**



**IMG_1682.jpeg**
2775K



**IMG_1724.jpeg**
4209K



**IMG_1809.jpeg**
5523K



**IMG_1681.jpeg**
2938K



**IMG_1541.jpeg**
4343K

---

**Carl Swope** <carlswope38@gmail.com> Fri, Apr 10, 2026 at 5:07 PM
To: Donna Porter <dporter@macapartments.com>


parc frontenac
DO NOT PARK!!
MISSOURI
XK9 HOL
DUAL MOTOR

Sent from Gmail Mobile

[Quoted text hidden]

Gmail

Carl Swope <carlswope38@gmail.com>

# 4/11/2026 illegally parked cars handicap area

2 messages

**Carl Swope** <carlswope38@gmail.com> Sat, Apr 11, 2026 at 8:14 PM
To: Donna Porter <dporter@macapartments.com>

This evening, April 11, 2026, at approximately 7:35 PM, I encountered two cars parked illegally in the handicap area when I returned to my apartment. Initially, I was unable to park and reported the situation to the front desk. During my report, one of the cars left, allowing me to find a parking spot. However, this issue with illegal parking in the handicap area has become a recurring problem.

I strongly believe that without proper enforcement, such as ticketing or towing these vehicles, the situation will not improve. Those violating the law face no consequences, resulting in no incentive for them to change their behavior. If they were willing to do the right thing, they wouldn't have parked in those restricted spaces in the first place. Attached are photos of the illegally parked cars, neither of which displayed a handicap placard or plate.

**2 attachments**



**IMG_1821.jpeg**
2546K



**IMG_1820.jpeg**
3115K

**Donna Porter** <dporter@macapartments.com> Mon, Apr 13, 2026 at 8:55 AM
To: Carl Swope <carlswope38@gmail.com>

Hi Carl

Thanks for this information. I have asked the front desk to monitor sticker and then send the cars to us for towing.

*Kind Regards,*

**Donna Porter**

Stl Resident Services Manager
Mac Properties
macapartments.com
p SIC: 314.907.2855
Mac Community App In App Store

---

**From:** Carl Swope <carlswope38@gmail.com>
**Sent:** Saturday, April 11, 2026 8:14 PM
**To:** Donna Porter <dporter@macapartments.com>
**Subject:** [EXTERNAL] 4/11/2026 illegally parked cars handicap area

[Quoted text hidden]

Gmail

Carl Swope <carlswope38@gmail.com>

# Illegally parked car

3 messages

**Carl Swope** <carlswope38@gmail.com> Tue, Apr 14, 2026 at 7:38 AM
To: Donna Porter <dporter@macapartments.com>


WASHINGTON, MO
MISSOURI
LK3 D2A
STRAATMANNTOYOTA.COM

Good morning!

As I was leaving for work this morning there appears to be another illegally parked car in the handicap area. This vehicle does have an MAC sticker on it so I'm presuming it's someone who lives in the building. Just wanted to make you aware.

Thank you,

Sent from Gmail Mobile

---

**Donna Porter** <dporter@macapartments.com> Tue, Apr 14, 2026 at 9:28 AM
To: Carl Swope <carlswope38@gmail.com>

Hi Carl

Thank you for reaching out. I will send this to the front desk to sticker If the car is still there

*Kind Regards,*

**Donna Porter**
Stl Resident Services Manager
Mac Properties
macapartments.com
p SIC:314.907.2855
Mac Community App In App Store

---

**From:** Carl Swope <carlswope38@gmail.com>
**Sent:** Tuesday, April 14, 2026 7:38 AM
**To:** Donna Porter <dporter@macapartments.com>
**Subject:** [EXTERNAL] Illegally parked car

[Quoted text hidden]

---

**Carl Swope** <carlswope38@gmail.com> Tue, Apr 14, 2026 at 9:32 AM
To: Donna Porter <dporter@macapartments.com>



Carl Swope reacted via Gmail



**IMG_1855.jpeg**
5056K

Gmail Carl Swope <carlswope38@gmail.com>

# Illegally parked vehicle 4/24/2026

1 message

**Carl Swope** <carlswope38@gmail.com> Sat, Apr 25, 2026 at 9:15 PM
To: Donna Porter <dporter@macapartments.com>

Ms. Porter upon returning home this evening I observed another illegally park vehicle. It appears on the weekend they just park wherever they can park and they don't care if they're blocking the garage or what they're doing. I once again wanted to make you aware of the situation.


SONATA
TEXAS
XPB 8043

Case: 4:26-cv-01414-NCC Doc. #: 1-1 Filed: 09/03/26 Page: 24 of 51 PageID #: 29

Thank you,

Sent from Gmail Mobile

Gmail

Carl Swope <carlswope38@gmail.com>

## Illegally parked car 4/30/2026

1 message

**Carl Swope** <carlswope38@gmail.com> Thu, Apr 30, 2026 at 4:58 PM
To: Donna Porter <dporter@macapartments.com>

Ms. Porter I wanted to let you know the very same vehicle that was previously tagged to be towed is illegally parked once again. Apparently this individual isn't concerned about having their vehicle towed. They're parked in the handicap spaces again and they have no placard and no handicap license plates. Moreover, their current Texas plates are expired.

Thank you,

Sent from Gmail Mobile

**3 attachments**



**IMG_1822.jpeg**
2316K



**IMG_1821.jpeg**
2546K



**IMG_2057.jpeg**
7179K

Gmail

Carl Swope <carlswope38@gmail.com>

# Illegally parked vehicle

1 message

**Carl Swope** <carlswope38@gmail.com> Wed, May 6, 2026 at 9:20 AM
To: Donna Porter <dporter@macapartments.com>

Good morning as you can see now instead of parking in the handicap spots they're simply blocking the entire exit and entrance into the area again I'm not sure why this is allowed to go on. Do the cameras not work back here can the staff not see these vehicles I'm just asking because I don't know.

Sent from Gmail Mobile

**2 attachments**




**IMG_2174.jpeg**
2666K




**IMG_2173.jpeg**
4841K

Gmail

Carl Swope <carlswope38@gmail.com>

## Automatic reply: [EXTERNAL] May 8, 2026 illegally parked cars

1 message

**Donna Porter** <dporter@macapartments.com> Fri, May 8, 2026 at 1:05 PM
To: Carl Swope <carlswope38@gmail.com>

Good day
Thank you for your email. I will be out of the office starting May 6th Monday May 12th. I will return calls and emails upon my return. If this is an apartment maintenance emergency I encourage you to place an emergency service request on the Mac portal

Thank You
Donna Porter
Stl Resident Services Manager

Gmail

Carl Swope <carlswope38@gmail.com>

## May 8, 2026 illegally parked cars

2 messages

**Carl Swope** <carlswope38@gmail.com> Fri, May 8, 2026 at 1:04 PM
To: Donna Porter <dporter@macapartments.com>

As I returned home for lunch, these vehicles are parked illegally in the handicap zones. They have no handicap plates, and they have no handicap placard.

Sent from Gmail Mobile

**2 attachments**



**IMG_2202.jpeg**
7005K



**IMG_2203.jpeg**
7538K

**Donna Porter** <dporter@macapartments.com> Mon, May 11, 2026 at 8:48 AM
To: Carl Swope <carlswope38@gmail.com>

Hi Carl

Thanks for sending this. I was out of office. Are you informing the front desk when you see cars in the space? Front desk is the first line of defense to sticker

*Kind Regards,*

**Donna Porter**
Stl Resident Services Manager
Mac Properties
**macapartments.com**
p 314.907.2855
**Mac Community App In App Store**

**From:** Carl Swope <carlswope38@gmail.com>
**Sent:** Friday, May 8, 2026 1:04 PM
**To:** Donna Porter <dporter@macapartments.com>
**Subject:** [EXTERNAL] May 8, 2026 illegally parked cars

[Quoted text hidden]

Gmail

Carl Swope <carlswope38@gmail.com>

**Illegally parked car 5/22/2026**

1 message

**Carl Swope** <carlswope38@gmail.com> Fri, May 22, 2026 at 12:46 PM
To: Donna Porter <dporter@macapartments.com>

Ms. Porter would like to report another vehicle that is parked illegally. This car does not display a MAC resident tag, indicating it likely does not belong to the property. Additionally, there is no handicap hang tag or license plate associated with the vehicle.

Thank you,

Gmail

Carl Swope <carlswope38@gmail.com>

## Another illegal parked Vehicle

1 message

**Carl Swope** <carlswope38@gmail.com> Fri, May 22, 2026 at 12:51 PM
To: Donna Porter <dporter@macapartments.com>

Just realized I forgot to include the photographs, but as I was sitting here, sending you this email another vehicle decided to come park as well. Please note these vehicles are not loading or unloading.

Sent from Gmail Mobile

**5 attachments**



**IMG_2320.jpeg**
1705K



**IMG_2324.jpeg**
2255K



**IMG_2323.jpeg**
3139K



**IMG_2319.jpeg**
4765K



**IMG_2321.jpeg**
4959K

Gmail

Carl Swope <carlswope38@gmail.com>

## Message from Parc Frontenac Team

1 message

**Riley** <hello@riley-resident.com>
To: carlswope38@gmail.com

Mon, Jun 8, 2026 at 10:57 AM

Hi Carl. If you would like to continue to utilize the accessible parking spaces in the back of parc Frontenac then you are welcome to do so. However, we do have the first space under the covered parking area becoming available in the next week. The space would be specifically reserve red for you. This space would eliminate any concerns with move in and move out vehicles.

To opt-out of emails reply "Unsubscribe" or use this link UNSUBSCRIBE.

By replying you consent to this Privacy Policy. Replies may be human and/or AI generated. Emails are collected and recorded by a third party. Mac 40 North Kingshighway Blvd St. Louis, MO 63108

Gmail

Carl Swope <carlswope38@gmail.com>

## July 15, 2026 illegally Parked cars

1 message

**Carl Swope** <carlswope38@gmail.com> Wed, Jul 15, 2026 at 3:58 PM
To: Donna Porter <dporter@macapartments.com>

Once again, as I've returned home, I am unable to park due to illegally parked vehicles moreover two of the vehicles parked have informed the front desk that they have been given authorization to illegally park there by building management. The front desk has been notified and allegedly a tow truck is on the way from the state of Illinois not exactly certain why a towing company from Illinois would be utilized when we're in St. Louis Missouri and a St. Louis towing company would be much more responsive than a company in the state of Illinois, but irregardless there are several vehicles in violation once again of parking illegally. Once again, I was assured previously that this matter had been appropriately addressed, and I withdrew my complaint from HUD but I can resend it the discrimination complaint if I need to. Please address this matter once and for all this has been an ongoing problem for the last six months.

Sent from Gmail Mobile

Gmail

Carl Swope <carlswope38@gmail.com>

## Illegally parked cars

1 message

**Carl Swope** <carlswope38@gmail.com> Wed, Jul 15, 2026 at 3:58 PM
To: Donna Porter <dporter@macapartments.com>

Sent from Gmail Mobile

**2 attachments**



**IMG_2838.jpeg**
6342K



**IMG_2837.jpeg**
6743K

Gmail

Carl Swope <carlswope38@gmail.com>

# Illegally parked cars

1 message

**Carl Swope** <carlswope38@gmail.com> Wed, Jul 15, 2026 at 3:58 PM
To: Donna Porter <dporter@macapartments.com>

Sent from Gmail Mobile

**2 attachments**



**IMG_2838.jpeg**
6342K



**IMG_2837.jpeg**
6743K

Gmail

Carl Swope <carlswope38@gmail.com>

# Illegally parked cars

1 message

**Carl Swope** <carlswope38@gmail.com> Wed, Jul 15, 2026 at 3:58 PM
To: Donna Porter <dporter@macapartments.com>

Sent from Gmail Mobile

**2 attachments**



**IMG_2838.jpeg**
6342K



**IMG_2837.jpeg**
6743K

TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

**July 22, 2026**

**Cause Number: 2622-CC13101**

Dear CARL SWOPE

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the **SAINT LOUIS CITY, MO SHERIFF'S DEPARTMENT** or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division: CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC13101** | |
| Plaintiff/Petitioner: CARL T SWOPE vs. | Plaintiff's/Petitioner's Attorney/Address CARL T SWOPE 40 N KINGSHIGHWAY APT 1M ST LOUIS, MO 63108-0000 | |
| Defendant/Respondent: MAC PROPERTY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp for Return) |
| Nature of Suit: CC Injunction | | |

**The State of Missouri to: MAC PROPERTY**
**Alias:**
**40 N KINGSHIGHWAY BLVD**
**ST LOUIS, MO 63108**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/22/2026
Date

Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

__________________________________ (name) _______________________ (title).

☐ other: ______________________________________________________________.

Served at ________________________________________________________ (address)

in _________________________ (County/City of St. Louis), MO, on _______________ (date)

at ___________ (time).

_________________________________ Printed Name of Officer or Server

_________________________________ Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC13101** | |
| Plaintiff/Petitioner:<br>CARL T SWOPE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CARL T SWOPE<br>40 N KINGSHIGHWAY APT 1M<br>ST LOUIS, MO 63108-0000 | |
| Defendant/Respondent:<br>MAC PROPERTY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Injunction | | |

**The State of Missouri to: DONNA PORTER**
**Alias:**
**40 N KINGSHIGHWAY BLVD**
**SAINT LOUIS, MO 63108**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/22/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

__________________________________ (name) ______________________ (title).

☐ other: ______________________________________________________________.

Served at _______________________________________________________ (address)

in __________________________ (County/City of St. Louis), MO, on _______________ (date)

at ___________ (time).

__________________________________ __________________________________

Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ ______________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC13101** | |
| Plaintiff/Petitioner:<br>CARL T SWOPE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CARL T SWOPE<br>40 N KINGSHIGHWAY APT 1M<br>ST LOUIS, MO 63108-0000 | |
| Defendant/Respondent:<br>MAC PROPERTY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Injunction | | |

**The State of Missouri to:** **PARC FRONTENAC APARTMENTS**
**Alias:**
**40 N KINGSHIGHWAY BLVD**
**ST LOUIS, MO 63108**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/22/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________________________________________.

Served at ______________________________________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on ____________________ (date)

at ______________ (time).

______________________________ ______________________________

Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________________ ______________________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - August 04, 2026 - 01:48 PM

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☒ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with Gerald Prosise WM57, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

________________ (name) ________________ (title).

☐ other: ________________.

Served at 40 N Kingshighway (address)
in ________ (County/City of St. Louis), MO, on 8-4-26 (date)
at 815AM (time).

Stephen Berra 105
Printed Name of Officer or Server

S Berra 105
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ________________ (date).

*(Seal)*

My commission expires: ________ ________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

R92762

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

RECEIVED

8·21

Electronically Filed - CITY OF ST. LOUIS - August 04, 2026 - 01:48 PM

| | | |
|---|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC13101**<br>26 JUL 30 AM 9:46 | |
| Plaintiff/Petitioner:<br>CARL T SWOPE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CARL T SWOPE<br>40 N KINGSHIGHWAY APT 1M<br>ST LOUIS, MO 63108-0000 | |
| Defendant/Respondent:<br>MAC PROPERTY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Injunction | | |

**The State of Missouri to:** **DONNA PORTER**
**Alias:**
**40 N KINGSHIGHWAY BLVD**
**SAINT LOUIS, MO 63108**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/22/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**

Electronically Filed - CITY OF ST. LOUIS - August 04, 2026 - 01:50 PM

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:
Gerald Prosise w/m 57 (name) Asst. Front Office Manager (title).

☐ other: ______________________.

Served at 40 N. Kingshighway (address)
in ______________ (County/City of St. Louis), MO, on 8-4-26 (date)
at 11:00AM (time).

Stephen Berrarios — Printed Name of Officer or Server

[signature] — Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - August 04, 2026 - 01:50 PM

R 92760

8-21

**Summons in Civil Case**

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC13101** | |
|---|---|---|
| Plaintiff/Petitioner:<br>CARL T SWOPE<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CARL T SWOPE<br>40 N KINGSHIGHWAY APT 1M<br>ST LOUIS, MO 63108-0000 | |
| Defendant/Respondent:<br>MAC PROPERTY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Injunction | | |

RECEIVED
26 JUL 30 AM 9:46

**The State of Missouri to:** **MAC PROPERTY**
**Alias:**
**40 N KINGSHIGHWAY BLVD**
**ST LOUIS, MO 63108**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/22/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**


Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - August 04, 2026 - 01:52 PM

**Case Number: 2622-CC13101**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

Gerald Prosise W/M 57 (name) Asst. Front office Manager (title).

☐ other: ______________________.

Served at 40 N. Kingshighway (address)

in ______________ (County/City of St. Louis), MO, on 8-4-26 (date)

at 1100AM (time).

Stephen Berra 105 — Printed Name of Officer or Server

S Berra 105 — Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

R92761

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

RECEIVED 8-21

| | | |
|---|---|---|
| Judge or Division: CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC13101 | |
| Plaintiff/Petitioner: CARL T SWOPE vs. | Plaintiff's/Petitioner's Attorney/Address CARL T SWOPE 40 N KINGSHIGHWAY APT 1M ST LOUIS, MO 63108-0000 | |
| Defendant/Respondent: MAC PROPERTY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp for Return) |
| Nature of Suit: CC Injunction | | |

26 JUL 30 AM 9:46

**The State of Missouri to:** **PARC FRONTENAC APARTMENTS**
**Alias:**
**40 N KINGSHIGHWAY BLVD**
**ST LOUIS, MO 63108**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/22/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**

RECEIVED
26 JUL 30 AM 9:46



Electronically Filed - CITY OF ST. LOUIS - August 04, 2026 - 01:52 PM

MISSOURI CIRCUIT COURT
TWENTY – SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS

FILED
SEP - 1 2026
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY ______________ DEPUTY

Carl Swope

VS

MAC Prop., Et. al.

CAUSE NO 2622-CC13101 DIV. 1 DATE 1, Sept. 26

COURT ORDER

Cause assigned to Honorable Thomas McCarthy in Division 17 for all further proceedings.

SO ORDERED:

Christopher McGraugh
Presiding Judge